IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MONEKE THOMAS,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | **CASE NO. 11-0224** |
| : | |
| **PHILADELPHIA HOUSING AUTHORITY** : | |
| **and CARL GREENE,** : | |
| **(individually and in his official capacity),** : | |
| : | |
| **Defendants.** : | |

**ORDER**

**AND NOW**, this 30th day of August 2011, upon consideration of Defendant Carl Greene's Motion to Dismiss Plaintiff Moneke Thomas's claims against him in his official and individual capacity [doc. no. 11], Plaintiff's response in opposition thereto [doc. no. 14], Defendant Greene's Reply [doc. no. 17]; and Plaintiff's Sur-reply [doc. no. 22], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Count I as against Defendant Philadelphia Housing Authority and Defendant Carl Greene in his individual and official capacity is **DISMISSED without prejudice**, and Counts III and IV against Defendant Carl Greene in his individual capacity are **DISMISSED without prejudice.**

2. Plaintiff is **GRANTED leave to amend** her Complaint, within **thirty (30) days** of the date of this Order, as to Count I as against the Philadelphia Housing Authority and Defendant Greene, and as to Counts III and IV as against only Defendant Greene and only in his individual capacity.

3. Counts III and IV against Defendant Carl Greene in his official capacity are **DISMISSED with prejudice;**

4. Count IV as against Defendant Philadelphia Housing Authority is **DISMISSED with prejudice**.

It is so **ORDERED**.

BY THE COURT:


/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**