IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the matter of the Arbitration Between | : | |
| | : | **MISCELLANEOUS ACTION** |
| **J.D. SHEHADI, L.L.C.** | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **US MAINTENANCE, INC.** | : | No. 11-224 |
| Respondent. | : | |

## ORDER

**AND NOW**, this **5th** day of **October, 2011**, upon consideration of J.D. Shehadi's, L.L.C.'s Petition to Vacate Arbitration Award, US Maintenance, Inc.'s Opposition thereto, and US Maintenance Inc.'s Brief in Support of Counterclaim to Confirm Arbitration Award, and for the reasons provided in this Court's Memorandum dated October 5, 2011, it is hereby **ORDERED** that:

1. The petition to vacate (Document No. 1) is **DENIED**.

2. The counterclaim to confirm (Document No. 6) is **GRANTED**.

3. The arbitration awards of June 3, 2011 and July 11, 2011 are **CONFIRMED** and judgment is entered in accordance with those awards.

4. The Clerk of Court is directed to close this action.

BY THE COURT:

_____
**Berle M. Schiller, J.**